# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| William Bumpas, | : |
| | : |
| | : Civil Action No.: 5:15-cv-00258-HE |
| Plaintiff, | : |
| v. | : |
| | : |
| Diversified Adjustment Service, Inc. ; and DOES 1-10, inclusive, | : |
| | : |
| Defendant. | : |

## NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE
## PURSUANT TO RULE 41(a)

William Bumpas ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: October 2, 2015

Respectfully submitted,

By: /s/ Sergei Lemberg

Sergei Lemberg, Esq.
LEMBERG LAW, L.L.C.
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile: (203) 653-3424
slemberg@lemberglaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 2, 2015, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the Western District of Oklahoma Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                        By /s/ Sergei Lemberg

                                            Sergei Lemberg